[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 17, 2010
JOHN LEY
CLERK

No. 10-10310
Non-Argument Calendar
_____

D.C. Docket No. 8:09-cr-00423-RAL-AEP-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HUMBERTO PISA-BENTANCUR,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 17, 2010)

Before EDMONDSON, BLACK, and PRYOR, Circuit Judges.

PER CURIAM:

Humberto Pisa-Bentancur (Defendant) appeals his total 24-month sentence for conspiring to transport at least six illegal aliens within the United States, transporting six illegal aliens within the United States, being an alien in the United States without the consent of the U.S. Attorney General after deportation, and entering the United States at a place not designated. The district court heard Defendant's arguments about Mexico, his family circumstances, and lack of criminal history. Defendant's sentence was not substantively unreasonable, as the district court acted within its discretion in determining that a 24-month total sentence, which was the lowest possible guideline range sentence, was sufficient, but not greater than necessary, to comply with the 18 U.S.C. § 3553(a) factors.

AFFIRMED.